**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | Case No. 8:25-cv-00432-RCC |
| vs. | |
| MANAGEMENT REGISTRY, INC. d/b/a MALONE WORKFORCE SOLUTIONS, | |
| Defendant. | |

**Plaintiff EEOC's Discovery Dispute Summary**

This is a sexual harassment case seeking recovery for a class of female employees at Management Registry's Omaha, Nebraska, location. This dispute concerns the EEOC's interrogatory 2 and request 2. Interrogatory 2 asked for employees in Omaha from January 1, 2019, to the present. Request 2 sought the production of certain categories of information from defendant's human resources information system about those employees. Management Registry partially responded but objected to identifying male employees and providing contact information and also objected to providing any employee information, including female employee information, for any time before June 1, 2021, and after July 31, 2024. Management Registry objects as irrelevant, not proportional, and violative of non-parties' privacy interests.

Regarding relevance, the discovery seeks to identify witnesses to the harassment and evidence that Management Registry knew or should have known of the harassment at its workplace. The EEOC alleges male employees openly and boisterously engaged in sexual and sex-based comments and conduct in the presence of female employees, including the claimants, on a daily or near-daily basis since June 2021. Doc. 1, ¶16-19. The harassment occurred in one

1

large, shared workspace where any employee in the Omaha facility could have witnessed or been victimized by it. We also believe Management Registry employed at least one known harasser from 2019 to 2022. The female or male employees who worked with him or other harassers are thus key witnesses to his harassing behavior and Management Registry's notice of, and their response to, his behavior. Lastly, the EEOC's Complaint alleges ongoing harassment. *Id.*, ¶26. Women subjected to harassment since July 31, 2024, are properly within the scope of the EEOC's class. To the extent Management Registry takes issue with the EEOC's Letter of Determination, that argument is a dispositive one and not a discovery issue.

Regarding proportionality and privacy, the parties have agreed to a protective order and anticipate moving the Court to enter it soon. But even without the protective order, Management Registry has produced the contact information it agreed to provide. Purported privacy interests do not defeat the company's obligation to produce relevant, responsive information.

Respectfully submitted,

/s/ *Lauren M. Wilson*
Lauren M. Wilson, FL Bar #1024850
Trial Attorney
Joshua M. Pierson, Kan. #29095
Supervisory Trial Attorney
EEOC Kansas City Area Office
400 State Ave., Ste. 905
Kansas City, KS 66101
(913) 359-1813
Fax No.: (913) 551-6957
lauren.wilson@eeoc.gov
joshua.pierson@eeoc.gov

Jennifer L. Arendes, Mo. Bar #46638
Senior Trial Attorney
St. Louis District Office
1222 Spruce St., Rm. 8.100
St. Louis, MO 63103
(405) 666-0379
jennifer.arendes@eeoc.gov

2